National Bank of the State of Florida, a corporation under the laws of the United States, Plaintiff in Error, vs. Antonio Solary, Defendant in Error.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

W. H. Baker and M. C. Jordan, for Plaintiff in Error.

A. W. Cockrell & Son, for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error.

Writ of error dismissed because no properly certified transcript of record has been filed.